# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2407

_____

Darlene A. Thompson,                           *
                                               *
                Appellant,                     *       Appeal from the United States
                                               *       District Court for the Eastern
        v.                                     *       District of Missouri.
                                               *
Western District of Missouri,                  *           [UNPUBLISHED]
                                               *
                Appellee.                      *

_____

Submitted:   September 4, 2003
    Filed:   September 5, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Darlene A. Thompson appeals the district court's[*] pre-service dismissal of Thompson's complaint under 28 U.S.C. § 1915(e)(2)(B). Having reviewed the pleadings, which contain no factual allegations or decipherable claims, we affirm. See 8th Cir. R. 47A(a).

_____

[*]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.